UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Efrem Carpenter,                                             ORDER
                                                             11-CV-03976 (JG)(RER)
             Plaintiff,

      against-

The City of New York., et al

             Defendant.
-----------------------------------------------------------X

      Upon consent of the parties, it is hereby ORDERED as follows:

1. Defendants shall answer or otherwise move with respect to the complaint by __11/8/11__.

2. No additional parties may be joined after __12/15/11__.

3. No amendment of the pleadings will be permitted after __12/15/11__.

4. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: __12/1/11__.

5. The parties shall make required Rule 26(a)(2) disclosures with respect to:

    (a)    expert witnesses on or before __4/2/12__.

    (b)    rebuttal expert witnesses on or before __5/2/12__.

6. All discovery, including depositions of experts, shall be completed on or before __6/1/12__ (Generally, this date must be no later than 6 months after the initial conference).

*GIVEN SIMPLICITY OF DISCOVERY, NO EXTENSIONS WILL BE PERMITTED*

7. Pre-motion letters regarding proposed dispositive motions must be submitted within two (2) weeks following the close of all discovery.

8. ~~A Telephone Conference set for _____, to be initiated by Plaintiff or Defendant (Circle one).~~
   ~~* (The Court will schedule the conference listed above.)~~

9. Status Conference will be held on  3/27/12 @ 10:00 a
   * (The Court will schedule the conference listed above)

10. A Final Pre-trial conference will be held on  6/5/12 @ 10:00 an
    *(The Court will schedule the conference listed above.)

11. This scheduling order may be altered or amended upon a showing of good cause not foreseeable at the date hereof.

Dated: Brooklyn, New York
   12/1 , 2011

_____
RAMON E. REYES, JR.
UNITED STATES MAGISTRATE JUDGE

CONSENTED TO:

NAME Christopher Wright
Attorney for Plaintiff
ADDRESS 305 Broadway, N.Y, NY 1007
E-mail: wrightlawnyc@gmail.com
Tel.: 212-822-1419
Fax: 212-822-1463

_____
NAME   Katherine Macfarlane
Attorney for Defendants New York City, Mack
ADDRESS 100 Church St., New York, NY 10007
E-mail: kmacfarl@law.nyc.gov
Tel.: 212-788-1001
Fax: 212-788-9776